FILED
MAY 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8370

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jose Martin ISIDA-Garcia, Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about May 4, 2008, within the Southern District of California, defendant Jose Martin ISIDA-Garcia, did knowingly and intentionally import approximately 16.54 kilograms (36.38 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 5th DAY OF MAY, 2008

William McCurine
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Martin ISIDA-Garcia

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On May 4, 2008, at approximately 0400 hours, Jose Martin ISIDA-Garcia, applied for admission into the United States from Mexico, at the Calexico, California West Port of Entry. ISIDA was the driver and presented his California driver's license and a copy of his naturalization certificate to Customs and Border Protection Officer Emilio Sabori. ISIDA gave a negative Customs declaration and stated to the CBP Officer that he was going to Brawley. CBP Officer Sabori proceeded to inspect the vehicle by tapping on the spare tire which felt solid after being tapped. At this time,the CBP Officer referred ISIDA and the vehicle to secondary for further inspection.

In vehicle secondary,Canine Enforcement Officer Brent Pyburn was requested to utilize his Narcotic Detection Dog to inspect the vehicle. The Narcotic Detection Dog alerted to an odor of narcotics emanating from the spare tire of the vehicle that ISIDA was driving. After further inspection,a total of nineteen (19) packages were removed from inside the spare tire. CBP Officer Liceth Sanchez probed one of the packages and a sample of a green leafy substance was extracted, that field-tested positive for marijuana. The (19) packages had a combined net weight of approximately 16.54 kilograms of marijuana or ( 36.38 pounds).

ISIDA was arrested for importation of marijuana into the United States. ISIDA was advised of his rights per Miranda, which he acknowledged and waived. ISIDA stated to Special Agent Victor Esparza that he was recruited, in Mexicali, to bring the spare tire across for $500. ISIDA stated that he was told that the tire would contain drugs. ISIDA was going to be notified later via the Internet on where to deliver the tire.